**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

United States of America,

    Plaintiff,

v.

                                      Case No. 2:10-cr-155

Kirk Sutton,

                                      Judge Michael H. Watson
    Defendant.                     Magistrate Judge King

## ORDER

On May 5, 2010, and following a hearing held pursuant to 18 U.S.C. §4241(a), (d) to determine defendant's mental competency, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendant Kirk Christopher Sutton be found competent to stand trial. *Report and Recommendation*, Doc. No. 14. Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to object, *id.*, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is therefore **ADOPTED AND AFFIRMED**.

The Court expressly finds and concludes that defendant Kirk Sutton is competent to stand trial.

                                                      /s/ Michael H. Watson
                                                      Michael H. Watson, Judge
                                                      United States District Court